**United States District Court**

for the

District of Nevada

Valerie McDonald
_____
Plaintiff(s)

v.

Capital One Auto Finance,
CarMax
_____
Defendant(s)

Civil Action No. 2:22-cv-00314-JAD-BNW

# PLAINTIFFS' MOTION TO SEAL FINANCIAL RECORDS

On February 23, 2022, the plaintiff Valerie McDonald submitted an application to proceed in District Court without prepaying fees or costs. In addition, the plaintiff provided financial information to the court for consideration. The plaintiff has since decided to pay for the court costs out of pocket. For this reason, Plaintiff respectfully requests the Court seal docket No. 4 as this document contains sensitive and private information no longer required for consideration.

Dated: 3/12/2022          Respectfully submitted,

Valerie McDonald

### ORDER

IT IS ORDERED that, for good cause shown, ECF No. 11 is GRANTED. The Clerk of Court is kindly instructed to seal Plaintiff's application to proceed *in forma pauperis* at ECF No. 4.

**IT IS SO ORDERED**
**DATED:** 2:26 pm, March 14, 2022



**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**