## United States District Court
for the
District of Nevada

| | |
|---|---|
| Valerie McDonald <br> _____ <br> Plaintiff(s) <br><br> v. <br> Capital One Auto Finance, CarMax <br> _____ <br> Defendant(s) | Civil Action No. 2:22-cv-00314-JAD-BNW |

# PLAINTIFFS' MOTION TO CORRECT ADDRESSES ON SUMMONS

On March 11, 2022, the plaintiff Valerie McDonald filed two summons addressed to the defendants CarMax and Capital One Auto Finance. The plaintiff's address was incorrectly stated on the summons addressed to Capital One Auto Finance. In addition, the information listed for defendant CarMax on the summons was also incorrectly listed. The plaintiff is respectfully asking the court to consider the corrected summons that are attached so that the defendant's may be properly served.

Dated: 3/12/2022         Respectfully submitted,

Valerie McDonald

# **ORDER**
IT IS ORDERED that ECF No. 10 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to issue the summonses at ECF No. 10-1.

**IT IS SO ORDERED**
**DATED:** 4:50 pm, March 15, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

-1-