Valerie
9004 In vogue Ct
Las Vegas, NV 89149
702-970-0173

**United States District Court**

for the

District of Nevada

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         MAR 23 2022

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Valerie McDonald )
_____ )
Plaintiff(s)   )
               )
v.             )
Capital One Auto Finance, )
CarMax         )   Civil Action No. 2:22-cv-00314-JAD-BNW
_____ )
Defendant(s)   )
               )
               )
               )
               )

# PLAINTIFFS' MOTION TO SEAL HOUSING DOCUMENT ON FILE

On February 2, 2022 the plaintiff Valerie McDonald submitted housing information for proof of income that was to be attached with my forma pauperis. I have since decided to pay for these fees out of pocket and kindly ask the court to please seal this record out of respect for my privacy since it is no longer needed or relevant to the case. The docket number in question is # 1-2 Notice of Charge from the Southern Nevada Regional Housing Authority.

Dated: 3/22/2022

Respectfully submitted,

Valerie McDonald

*/s/ Valerie*

### ORDER

IT IS ORDERED that, for good cause shown, ECF No. 18 is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to seal the exhibit at ECF No. 1-2.

IT IS SO ORDERED
DATED: 8:51 pm, March 24, 2022

*Brenda Weksler*
**BRENDA WEKSLER**
UNITED STATES MAGISTRATE JUDGE