UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Valerie McDonald,<br><br>    Plaintiff<br><br>v.<br><br>Capital One Auto Finance,<br><br>    Defendant | Case No.: 2:22-cv-0314-JAD-BNW<br><br>**Order Granting Plaintiff's Motion for Voluntary Dismissal**<br><br>[ECF No. 45] |

Plaintiff Valerie McDonald moves to voluntarily dismiss this case with prejudice.[1] Defendant Capital One Auto Finance consents to the proposed dismissal.[2] With good cause appearing, IT IS ORDERED that plaintiff's motion to dismiss **[ECF No. 45] is GRANTED. This case is DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2023

---

[1] ECF No. 45.
[2] ECF No. 48